390 A.2d 288

Avco Financial Services Consumer Discount Company No.
1, Appellant, v. Witherite et al.

Argued March 22, 1978.   William F.
Donovan,  for  appellant;   W.  Gross,  with  him  Charles
Schneider, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or
decision of this case.